IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MARIO ROBINSON, JR., | No. 2:21-CV-0597-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

   Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c); see also ECF No. 11.  Pending before the Court is Defendant's unopposed motion to dismiss, ECF No. 12.

   In the motion to dismiss, filed on January 19, 2022, Defendant argues this Court lacks jurisdiction because Plaintiff's complaint is untimely.  See ECF No. 12.  As of April 29, 2022, Plaintiff had not filed an opposition to the motion and the Court issued a minute order advising Plaintiff that the failure to file an opposition could be construed as consent to the relief

/ / /

/ / /

1

requested in Defendant's motion. See ECF No. 13; see also Local Rule 230(c), (l). To date, Plaintiff has not filed any opposition to Defendant's motion, which the Court will grant.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's unopposed motion to dismiss, ECF No. 12, is granted; and
2. The Clerk of the Court is directed to enter judgment and close this file.

Dated: July 5, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE